

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabino Erasto Modesto | **Civil Action No** 26-cv-0314-AGS-MMP |
| **Petitioner,** | |
| **V.** | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the February 20, 2026 hearing, petitioner Gabino Erasto Modesto's petition for a writ of habeas corpus is GRANTED in part, and the motion for expedited release is DENIED. The case is hereby closed.

**Date:** _____4/10/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-0314-AGS-MMP</u>

Respondents:

Daniel A. Brightman
Field Office Director of ICE Enforcement and Removal Operations, San Diego, California;

Christopher L. La Rose
Warden, Otay Mesa Detention Center

Todd Lyons
Acting Director of ICE

Kristi Noem
Secretary, U.S. Department of Homeland Security

Pamela Bondi
U.S. Attorney General